Frank Vernon, Plaintiff, v. John P. Butler, as Assignee for the Benefit of Creditors of the Thomas J. Brady Company, and Others, Respondents, Impleaded with Benjamin F. Elgar, 2d, and Others, as Trustees in Bankruptcy of the Atlantic Cement Company, Appellants.— Judgment affirmed, with costs.  No opinion.

Thomas Williams and Others, Plaintiffs, v. John P. Butler, as Assignee for the Benefit of Creditors of the Thomas J. Brady Company, and Others, Respondents, Impleaded with Benjamin F. Elgar, 2d, and Others, as Trustees in Bankruptcy of the Atlantic Cement Company, Appellants.— Judgment affirmed, with costs.  No opinion.

The City of New York, Respondent, v. Henry Corn, Appellant, Impleaded with Charles A. Cowen.— Judgment and order affirmed, with costs.  No opinion. McLaughlin, J., dissented, on the ground that the court erred in excluding the evidence offered by the appellant.

Clarence M. Cohen, Appellant, v. Ransom H. Thomas, as President of the New York Stock Exchange, Respondent.— Judgment affirmed, with costs.  No opinion.

Robert H. Pepper, Respondent, v. The Henry Siegel Company, Appellant.— Judgment affirmed, with costs.  No opinion.

Paul R. G. Horst, Respondent, v. Fidelity Warehouse Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Laughlin, J., dissenting.

The Poeple of the State of New York ex rel. Daniel J. O'Connell, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.  No opinion.

Florenz Ziegfeld, Jr., Respondent, v. Nora Bayes Norworth and Jack Norworth, Appellants.— Judgment affirmed, with costs.  No opinion.  Ingraham, P. J., dissenting on the ground that this is not a case in which the court should specifically enforce the contract by injunction.

The People of the State of New York ex rel. William Waldorf Astor, Appellant, v. William E. Stillings, Chairman, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

Albert J. Kingsbury, Respondent, v. Jackson Brothers Realty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.